Mark D. FRANKLIN, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 77, 2017

Supreme Court of Delaware.

Submitted: April 3, 2017

Decided: June 22, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 0108020942 (K)

GRANTED. AFFIRMED.

In the MATTER OF a Member of the Bar of the Supreme Court of the State of Delaware: Edward F. EVANS, Petitioner.

No. 242, 2017

Supreme Court of Delaware.

Submitted: June 14, 2017

Decided: June 23, 2017

Granted.

Dashawn AYERS, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 585, 2016

Supreme Court of Delaware.

Submitted: April 20, 2017

Decided: June 23, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID 1208001950 (K)

AFFIRMED.

Jamarr CANNON, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 128, 2017

Supreme Court of Delaware.

Submitted: May 25, 2017

Decided: June 23, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1308007035B (K)

GRANTED. AFFIRMED.